# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**PERCY JAMES TUCKER,**

      **Plaintiff(s),**

                                      **Case No.   2:21cv639**

    **v.**

**JEFF BEZOS,** *et al.*,

      **Defendant(s).**

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED without prejudice pursuant to Federal Rule 4(m).

DATED: November 23, 2022                    FERNANDO GALINDO, Clerk

                                         By_____/s/_____
                                         E. Price, Deputy Clerk